IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL B. MOSLEY., <br><br> Plaintiff, <br><br> v. <br><br> OFFICER GOTT, OFFICER STRONG, OFFICER MOYER, <br><br> Defendant. | Case No. 23-cv-619-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Michael B. Mosley's complaint against defendants Officer Gott, Officer Strong, and Officer Moyer is **DISMISSED** without prejudice.

DATED: June 15, 2023              **MONICA A. STUMP, Clerk of Court**
                                  **s/ Tina Gray, Deputy Clerk**


Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**